**6/12/2015**                                                    **COA No. 07-13-00286-CR**
**VIDALES, SAMMY          Tr. Ct. No. 2012-436,579          PD-0705-15**
I have this day received and filed the State Prosecuting Attorney's Petition for Discretionary Review. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

                                                    Abel Acosta, Clerk

                    SAMMY  VIDALES
                    TDC# 1880275
                    ROBERTSON UNIT
                    12071 FM 3522
                    ABILENE, TX  79601

**6/12/2015**                                                    **COA No. 07-13-00286-CR**
**VIDALES, SAMMY**          **Tr. Ct. No. 2012-436,579**          **PD-0705-15**

I have this day received and filed the State Prosecuting Attorney's Petition for Discretionary Review. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**6/12/2015**                                                    **COA No. 07-13-00286-CR**
**VIDALES, SAMMY          Tr. Ct. No. 2012-436,579          PD-0705-15**
I have this day received and filed the State Prosecuting Attorney's Petition for
Discretionary Review. [The Court requires ten copies of this document to be filed in
this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will
result in the refusal of the petition.]

Abel Acosta, Clerk

7TH COURT OF APPEALS  CLERK
VIVIAN LONG
POTTER COUNTY COURTS BUILDING, SUITE 2A
P.O. BOX 9540
AMARILLO, TX  79101
* DELIVERED VIA E-MAIL *

**6/12/2015** **COA No. 07-13-00286-CR**
**VIDALES, SAMMY** **Tr. Ct. No. 2012-436,579** **PD-0705-15**
I have this day received and filed the State Prosecuting Attorney's Petition for Discretionary Review. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b). Failure to send copies will result in the refusal of the petition.]

Abel Acosta, Clerk

DISTRICT ATTORNEY LUBBOCK COUNTY
MATTHEW D. POWELL
P.O. BOX 10536
LUBBOCK, TX 79408-3536
* DELIVERED VIA E-MAIL *